In the Matter of the Claim of JOHN DALY, Respondent, against BOARD OF ELECTIONS OF CITY OF NEW YORK, Respondent, and STATE INSURANCE FUND, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Submitted February 20, 1939; decided February 28, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 743.)

NICHOLAS J. KARL, Appellant, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 24751.)

EMMA F. KARL, Appellant, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 24752.)

Submitted February 20, 1939; decided February 28, 1939.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by striking therefrom the words " one bill of." (See 279 N. Y. 555.)